IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** King, Ann M | Case Number: 07 B 02012 |
| | Judge: Wedoff, Eugene R |
| Printed: 5/27/08 | Filed: 2/6/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: April 10, 2008
Confirmed: April 5, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 11,950.00 | |
| Secured: | | 11,304.69 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 645.31 |
| Other Funds: | | 0.00 |
| Totals: | 11,950.00 | 11,950.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Peter F Geraci | Administrative | 0.00 | 0.00 |
| 2. | Option One Mortgage Corp | Secured | 13,000.91 | 7,419.42 |
| 3. | Option One Mortgage Corp | Secured | 16,297.31 | 3,885.27 |
| 4. | AmeriCash Loans, LLC | Unsecured | 1,276.90 | 0.00 |
| 5. | Centrix Financial A/K/A FlatIron Fin | Unsecured | 12,400.05 | 0.00 |
| 6. | Nuvell Credit Company LLC | Unsecured | 14,281.16 | 0.00 |
| 7. | AT&T | Unsecured | | No Claim Filed |
| 8. | Home Shopping/Flexpay | Unsecured | | No Claim Filed |
| 9. | CPSI Security | Unsecured | | No Claim Filed |
| 10. | University of Illinois | Unsecured | | No Claim Filed |
| 11. | Washington Mutual Finance | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 57,256.33 | $ 11,304.69 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 645.31 |
| | _____ |
| | $ 645.31 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   King, Ann M

Printed:  5/27/08

Case Number:  07 B 02012
Judge:  Wedoff, Eugene R
Filed:  2/6/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

